# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

VERSUS

P & F LUMBER COMPANY (2000),
LLC; PF MONROE PROPERTIES,
LLC; MARKLE INTERESTS, LLC;
WEYERHAEUSER COMPANY; AND
ST. TAMMANY LAND CO., LLC

NO.  2024 CW 0307

APRIL 17, 2024

---

In Re:    State of Louisiana, Department of Transportation and
          Development, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          202113398.

---

BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.

**WRIT GRANTED.** The trial court abused its discretion when
it excluded Plaintiff's, State of Louisiana, Department of
Transportation and Development's (DOTD) expert, Ashton Ray, from
testifying at trial.  There is no evidence that DOTD violated a
scheduling order, refused to provide expert reports, or
prevented Defendants from conducting a deposition of DOTD's
expert.  As such, while the trial court has great discretion in
conducting trial and discovery, the facts submitted herein
indicate the trial court abused such discretion in excluding
DOTD's expert witness, Ashton Ray.  See **Johnson v. E.I. DuPont
deNemours & Co., Inc.**, 2008-628 (La. App. 5th Cir. 1/13/09), 7
So.3d 734; **Fowler v. Bauman**, 95-0145 (La. App. 4th Cir.
10/12/95), 663 So.2d 438.  Accordingly, the trial court's ruling
is reversed and DOTD's expert, Ashton Ray, is not excluded from
testifying in this matter.

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT



_____
  DEPUTY CLERK OF COURT
     FOR THE COURT